IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:20-MJ-13 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| JACQUELINE D. ALLEN, | ) | Court Date: January 13, 2020 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 2, 2019, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JACQUELINE D. ALLEN, did unlawfully forcibly assault, resist, oppose, impede, intimidate, and interfere with a law enforcement officer while engaged in and on account of the performance of official duties.

(Violation of Title 18, United States Code, Section 111(a)(1))

(COUNT II – Class B Misdemeanor – 7141805)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 2, 2019, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, JACQUELINE D. ALLEN, did unlawfully reenter a military installation, after having been removed therefrom and ordered not to reenter by an officer or person in command or charge thereof.

(Violation of Title 18, United States Code, Section 1382)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

_____
Garland W. Rowland
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this __2__ day of January 2020 to the defendant's home of record.

By: Garland W. Rowland
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Garland.Rowland@usdoj.gov